UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Substantively Consolidated Under BKY 13-40789** |
| HUSTAD INVESTMENT CORPORATION, | BKY 13-40789 |
| HUSTAD REAL ESTATE COMPANY, | BKY 13-40786 |
| HUSTAD INVESTMENTS, LP, | BKY 13-40788 |
| Debtors. | Chapter 11 Cases |

**ORDER APPROVING BIDDING PROCEDURES AND FORM OF ASSET PURCHASE AGREEMENT FOR SALE OF MAPLE GROVE RESIDENTIAL PROPERTY FREE AND CLEAR OF INTERESTS**

These cases are before the court on the motion of debtor for the entry of an order authorizing and approving bidding procedures and form of asset purchase agreement for sale of Maple Grove residential property free and clear of liens. For reasons stated orally and recorded in open court,

IT IS ORDERED:

**1.** The bidding procedures and form of purchase agreement described in the motion are approved.

**2.** The bidding period will end on May 30, 2013.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/30/2013*
Lori Vosejpka, Clerk, by LH

{00135691 }

**3.** Notwithstanding Bankruptcy Rule 6004(h), this order is effective immediately.

Dated: April 30, 2013

/e/ Kathleen H. Sanberg

Kathleen H. Sanberg
United States Bankruptcy Judge